**IN THE UNITED STATED DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**(EASTERN DIVISION)**

FILED

JUL 22 2020

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

RICHARD CHACON )
418 South Market Street )
Girard, Ohio 44420 )

    Plaintiff )

vs. )

GIRARD CITY PATROLMAN ASCENTS, )
aka ASENTE )
100 North Market Street, Suite B )
Girard, Ohio 44420 )

and )

GIRARD CITY PATROLMAN MALVASI )
100 North Market Street, Suite B )
Girard, Ohio 44420 )

and )

GIRARD CITY PATROLMAN JOHN DOE )
100 North Market Street, Suite B )
Girard, Ohio 44420 )

    Defendants )

Case No.

Judge

*COMPLAINT*

*WITH*

*JURY DEMAND ENDORSED HEREON*

**JUDGE PEARSON**

**MAG. JUDGE HENDERSON**

4:20CV 1616

## Jurisdiction

This is action is brought pursuant to 42 USC§§1983 and 1988, and the Fourth and Fourteenth Amendments to the US Constitution. Jurisdiction is vested pursuant to those provisions, together with 28 USC§§1331 and 1343.

Plaintiff further invokes the supplemental jurisdiction of this court to consider a claim arising out of state law.

## Parties

1. At all times relevant, Plaintiff was a US citizen and resident of Girard City,

Trumbull County, Ohio.

2.      At all times relevant, Defendants Patrolmen Ascents, aka Asente, Malvasi and Doe, were duly-appointed police officers in and of the Girard City Police Department acting under color of state law. They are sued in their respective individual capacities.

## Statement of Claims

### First Claim
### (Civil Rights)

1.      On or about 6/16/20 on South Market Street in the City of Girard, Ohio, the Defendants maliciously assaulted and battered the Plaintiff without legally-adequate provocation.

2.      As a direct and proximate result of that assault and battery, Plaintiff was deprived of the right to be secure in, and free from unreasonable seizures of his person, guaranteed under the Fourth Amendment, made applicable to the States through the Fourteenth Amendment to the US Constitution; and deprived of liberty, without due process of law, guaranteed under the Fourteenth Amendment to the US Constitution.

3.      As a further direct and proximate result of Defendants' assault and battery, the Plaintiff suffered injuries to his right shoulder; both elbows, wrists and knees; and left leg, upper arm, thigh and ribs, some permanent in nature; incurred hospital and related medical expenses; and experienced and, into the indefinite future, expects to experience attendant pain, suffering and discomfiture, physically, mentally and emotionally.

### Second Claim
### (Assault and Battery)

Plaintiff realleges and, by reference, herein incorporates the allegations heretofore contained in ¶¶1 and 3 of his First Claim; and alleges that such states a claim for assault and battery under state law.

2

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, for compensatory damages in sum of $150,000.00; for exemplary damages in the sum of $150,000.00; for an award of reasonable attorney fees under 42 USC§1988; for interest as provided by law; and for recovery of the costs of suit.

Plaintiff further demands a trial by jury on the issues joined.

GUARNIERI & SECREST, P.L.L.

MICHAEL D. ROSSI (#0005591)
151 East Market Street
P.O. Box 4270
Warren, Ohio  44482
Telephone: (330) 393-1584
Facsimile:  (330) 395-3831
E-mail: mrossi@gsfirm.com
Attorney for Plaintiff

3



$2.00
US POSTAGE
FIRST-CLASS
062S0009388157
44481

GUARNIERI & SECREST P.L.L.
151 EAST MARKET STREET
P.O. BOX 4270
WARREN, OH 44482

Clerk of district court (US/Ohio 20)
U.S. District Court (US/Ohio 20)
125 Market Street
Youngstown, Ohio 44503